UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************************
| | |
|---|---|
| MILES MOMAN | CIVIL ACTION NO. |
| VERSUS | 2:16-cv-15013 |
| CANADIAN NATIONAL RAILWAY COMPANY AND/OR CANADIAN NATIONAL RAILROAD AND FRANKIE PERRY | |

*******************************************

## COMPLAINT

NOW INTO COURT, comes plaintiff, Miles Moman, a person of the full age of majority, and a resident of and domiciled in the State of Louisiana, who respectfully represents:

### I.

Made defendant herein is Canadian National Railway Company and/or Canadian National Railroad (hereinafter "Canadian"), a corporation authorized to do and doing business in the State of Louisiana and in the Eastern District of Louisiana. Canadian's

principal place of business in the State of Louisiana is located at 2351 Hickory Avenue, River Ridge, Louisiana.

## II.

Also made defendant herein is Frankie Perry, a person of the full age of majority and a resident of the State of Tennessee, who, at the time of the incident, was an employee of Canadian.

## III.

This Honorable Court has jurisdiction by virtue of 28 U.S.C. 1337, 28 U.S.C. 1331, and 45 U.S.C. §56.

## IV.

Venue is proper in the Eastern District of Louisiana because the defendant, Canadian, owns, operates, and maintains *inter alia* a railway yard, equipment, and main line railroad tracks in the Eastern District, resulting in Canadian possessing sufficient minimum contacts in the Eastern District of Louisiana. Venue is also proper under 45 U.S.C. §56 because the defendant is "doing business" in this judicial district at this time.

## V.

This is an action arising under the provisions of the Federal Employer's Liability Act, 45 U.S.C. §51, *et seq*, commonly referred to as the FELA, to recover damages for personal injuries sustained by the plaintiff while employed by the defendant, Canadian, and while engaged in interstate commerce.

**VI.**

Defendant Canadian engages in interstate commerce as a common carrier by railroad and maintains equipment and railroad track in the State of Louisiana and in the State of Tennessee, where plaintiff was injured during the course and scope of his employment with Canadian.

**VII.**

On September 28, 2015, plaintiff was working on a Canadian railroad line in Tipton County, Tennessee. Plaintiff was aboard a motorized cart used for transporting employees and materials. The cart was stationary on the track.

**VIII.**

A similar cart, located behind on the track, violently struck the cart on which plaintiff was a passenger and knocked him down.

**IX.**

These carts have no safety devices, seatbelts, or other protection for passengers.

**X.**

The cart that hit the plaintiff was driven by Frankie Perry, an employee of Canadian.

**XI.**

The work of plaintiff and other Canadian employees on the date of the accident was part and parcel of Canadian's business of moving freight in interstate commerce.

## XII.

Plaintiff was knocked down to his knees and had trouble breathing.

## XIII.

A co-employee took plaintiff to the emergency room at a hospital in Covington, Tennessee.

## XIV.

At the time of plaintiff's injuries, he was an able-bodied railroad worker. As a direct cause of the negligence of defendant's employees under the FELA, plaintiff received severe and debilitating injuries to his head, neck, and back, which have resulted in physical and mental pain, economic loss, loss of fringe benefits, and unpaid medical expenses.

## XV.

Defendant, Canadian, through its agents, servants, employees, or others for whom it is legally responsible, negligently and carelessly failed to provide plaintiff with a safe place to work in violation of the provisions of the FELA, thereby causing and contributing to the accident.

## XVI.

Further, Canadian is vicariously liable for the negligence of its employee, Frankie Perry.

## XVII.

Canadian violated its non-delegable duties in the follow non-exclusive particulars:

a) failing to provide safe working conditions and proper equipment when plaintiff was performing his duties in the manner required by defendant;

b) failing to warn plaintiff of unsafe workplace conditions of which it knew, or in the exercise of reasonable care, should have known;

c) failing to provide plaintiff with sufficient and proper assistance;

d) failing to provide safety equipment aboard the motorized carts;

e) failing to provide proper training to, and supervision of, its employees;

f) failing to comply with applicable safety regulations; and

g) other acts and omissions of negligence which will be fully enumerated at the trial of this matter.

## XVIII.

Plaintiff demands all damages reasonable in the premises and specifically itemizes the following damages for which he seeks recovery:   past and future physical pain and suffering; past and future mental pain and suffering; permanent disability; loss of enjoyment of life; past lost wages; future lost earnings and loss of earning potential; future lost fringe benefits; unpaid medical expenses; future life care needs; and medical expenses.

**WHEREFORE**, plaintiff, Miles Moman, prays that defendants, Canadian National Railway Company and/or Canadian National Railroad and Frankie Perry, be duly served with a copy of this Complaint and be summoned to appear and answer same and, after due proceedings be had, that there be judgment granted in favor of plaintiff and against defendants, Canadian National Railway Company and/or Canadian National Railroad and Frankie Perry, in an amount sufficient to compensate him for all sums reasonable in the premises, together with legal interest thereon from the date of judgment until paid, for all costs of these proceedings, and for all other general and equitable relief.

Respectfully submitted,

_/s/ Jennifer N. Willis_
JENNIFER N. WILLIS (#14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6301
Facsimile: (504) 488-6302

**PLEASE SERVE:**

**CANADIAN NATIONAL RAILWAY COMPANY
AND/OR CANADIAN NATIONAL RAILROAD
Through its agent for service of process:
R. J. McCormick
2351 Hickory Avenue
Harahan, Louisiana    70123**

**SERVICE WITHHELD:
FRANKIE PERRY**

˘6˘